**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:  (406) 761-7715
Fax:    (406) 453-9973
E-mail:  jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER DYLAN BELL<br><br>Defendant. | CR 22-01-GF-BMM<br><br>INDICTMENT<br><br>**POSSESSION OF AN UNREGISTERED FIREARM**<br>Title 26 U.S.C. §5861 (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years of supervised release)<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(1) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years of supervised release)<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE HEROIN**<br>Title 21 U.S.C. § 841(a)(1) (Count III)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years supervised release) |

|  | CRIMINAL FORFEITURE<br>18 U.S.C. § 924(d)<br>21 U.S.C. § 853(a)<br>26 U.S.C. § 5872<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about August 13, 2020, at or near Great Falls, in Cascade County, in the State and District of Montana, and elsewhere, the defendant, HUNTER DYLAN BELL, knowingly possessed a firearm as defined by 26 U.S.C. § 2845(a)(1), that is, a shotgun having a barrel that is less than 18 inches in length, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT II

That on or about May 4, 2021, at or near Great Falls, in Cascade County, in the State and District of Montana, the defendant, HUNTER DYLAN BELL, knowing he had been convicted on or about April 20, 2021, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, as defined by 18 U.S.C. § 921(a)(3), all in violation of 18 U.S.C. § 922(g)(1).

## COUNT III

That between in or about August 2020 and July 2021, at or near Great Falls, in Cascade County, in the State and District of Montana, the defendant, HUNTER DYLAN BELL, knowingly possessed with intent to distribute a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense set forth in Count I of the indictment, the defendant, HUNTER DYLAN BELL, shall forfeit, pursuant to 26 U.S.C. § 5872(a), any firearm used and intended to be used in any manner and part, to commit, and facilitate the commission of, said offense.

2. Upon conviction of the offense set forth in Count II of the indictment, the defendant, HUNTER DYLAN BELL shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

3. Upon conviction of the offense set forth in Count III of the indictment, the defendant, HUNTER DYLAN BELL, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting and derived from any proceeds

//

//

obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney