# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**HUNTER DYLAN BELL,**<br><br>Defendant. | **CR 22-01-GF-BMM**<br><br>**AMENDED ORDER :<br>FINAL ORDER OF<br>FORFEITURE** |

    THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

    1.    The United States commenced this action pursuant to 26 U.S.C. § 5872 and Rule 32.2, Federal Rules of Criminal Procedure;

    2.    A Preliminary Order of Forfeiture was entered on April 6, 2022 (Doc. 28);

    3.    All known interested parties were provided an opportunity to respond and publication has been effected as required (Docs. 29, 29-1); and

    4.    It appears there is cause to issue a final order of forfeiture under 26 U.S.C. § 5872, and Rule 32.2, Federal Rules of Criminal Procedure.

    Therefore, IT IS HEREBY ORDERED:

    THAT the motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture on the following property shall enter in favor of the United States pursuant to 26 U.S.C. § 5872, and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

- New Haven by Mossberg, Model 495 T, 12-gauge, bolt action shotgun with S/N 1254386

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of June 2022.

_____
Brian Morris, Chief District Judge
United States District Court