**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>HUNTER DYLAN BELL,<br>Defendant. | CR-22-01-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 5, 2026. (Doc. 53.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 20, 2026. (Doc. 75.) The United States accused Hunter Bell (Bell) of violating the conditions of his supervised release by: (1) communicating with Jerel Lamar Jeffries and Madison

Church, each a convicted felon, without the permission of his probation officer on or about July 6, 2026; and (2) being in possession of a Smith and Wesson M&P 9 mm handgun and ammunition on July 6, 2026 by (3) failing to follow the July 1, 2026, instruction of his probation officer not to have contact with Madison Church by having contact with Church on July 6, 2026. (Doc. 48.)

At the revocation hearing Bell admitted that he had violated conditions 1 and 3 of the terms and conditions of his supervised release as set forth in the Amended Petition. The government moved to dismiss alleged violations 2 and 4. Judge Johnston granted the motion. (Doc. 49.) Judge Johnston recommended that Bell be sentenced to custody of 6 months with 30 months of supervised release to follow. Judge Johnston also recommended that Bell reside in a residential re-entry center for 180 days at the direction of his probation officer. (Doc. 53.) Judge Johnston advised Bell of his right to appeal and allocute before the undersigned. (Doc. 49.)

The violations Bell admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 53) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Hunter Bell be sentenced to custody of 6 months with 30 months

of supervised release to follow. During his term of supervised release, Bell will reside in a residential re-entry center for 180 days at the direction of his probation officer

DATED this 6th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts